### HILL v. STATE.
### No. 24519.

Court of Criminal Appeals of Texas.
Nov. 30, 1949.

881

No appearance for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is robbery by assault. The punishment assessed is confinement in the state penitentiary for a term of five years.

The record is before us without any bills of exceptions, objections to the court's charge and without a statement of facts. The indictment appears to be in due and legal form. Consequently, there is nothing presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.